# EXHIBIT A

## Part 3

| | | |
|---|---|---|
| 2013-M1-143287 | IQBAL, A. | 8/2/2013 |
| 2011-M1-174653 | IRVING, W | 11/28/2011 |
| 2012-M1-164400 | ISAACSON, V | 10/26/2012 |
| 2012-M1-176013 | ISAIS, J | 12/20/2012 |
| 2013-M1-143327 | ISEMAN, A. | 8/2/2013 |
| 2012-M1-171078 | ISHKANAIAN, G | 11/30/2012 |
| 2013-M1-122600 | ISSIAIAN, G | 4/9/2013 |
| 2011-M1-157779 | IU, S | 9/1/2011 |
| 2013-M1-114373 | IVES, T | 3/7/2013 |
| 2013-M1-127834 | JACKSON, A. | 5/7/2013 |
| 2013-M1-136372 | JACOBSEN, M. | 6/19/2013 |
| 2013-M1-122572 | JAHANSHAHI, V | 4/9/2013 |
| 2011-M1-163068 | JALLOH, M | 9/23/2011 |
| 2013-M1-143423 | JAMEEL, A. | 8/5/2013 |
| 2013-M1-104704 | JAMISON, F | 1/24/2013 |
| 2011-M1-163145 | JANE, C | 9/23/2011 |
| 2013-M1-127980 | JANOTA, L. | 5/7/2013 |
| 2013-M1-143292 | JAROLIMEK, T. | 8/2/2013 |
| 2012-M1-177078 | JAVED, M | 12/28/2012 |
| 2013-M1-136366 | JESKE, S. | 6/19/2013 |
| 2013-M1-143305 | JIMENEZ, R. | 8/2/2013 |
| 2011-M1-174611 | JINNAH, M | 11/28/2011 |
| 2013-M1-105251 | JOHNSON, A | 1/25/2013 |
| 2011-M1-163095 | JOHNSON, C | 9/23/2011 |
| 2011-M1-157905 | JOHNSON, D | 9/1/2011 |
| 2011-M1-175444 | JOHNSON, F | 11/30/2011 |

| | | |
|---|---|---|
| 2013-M1-112977 | JOHNSON, G | 2/27/2013 |
| 2013-M1-105262 | JOHNSON, J | 1/25/2013 |
| 2013-M1-127815 | JOHNSON, M. | 5/7/2013 |
| 2013-M1-137047 | JOHNSON, M. | 6/24/2013 |
| 2012-M1-170868 | JONES, D | 11/29/2012 |
| 2013-M1-143227 | JONES, E. | 8/2/2013 |
| 2011-M1-175446 | JONES, R | 11/30/2011 |
| 2013-M1-143326 | JONES, W. | 8/2/2013 |
| 2011-M1-157772 | JOYCE, M | 9/1/2011 |
| 2013-M1-121668 | JUMPER, R | 4/4/2013 |
| 2013-M1-143405 | JUNIA, L. | 8/5/2013 |
| 2011-M1-174642 | JURAKHAN, S | 11/28/2011 |
| 2013-M1-143234 | JUSTE, S. | 8/2/2013 |
| 2011-M1-157745 | JUSTESEN, P | 9/1/2011 |
| 2013-M1-129665 | KACHWALA, A | 5/14/2013 |
| 2011-M1-175429 | KADURU, J | 11/30/2011 |
| 2013-M1-105231 | KAMOJU, R | 1/25/2013 |
| 2013-M1-129670 | KANCHWALA, A | 5/14/2013 |
| 2013-M1-112976 | KANDEL, S | 2/27/2013 |
| 2012-M1-176060 | KANG, D | 12/20/2012 |
| 2013-M1-137023 | KANG, S. | 6/24/2013 |
| 2013-M1-143293 | KANG, S. | 8/2/2013 |
| 2012-M1-171055 | KASHASHA, M | 11/30/2012 |
| 2013-M1-129667 | KASSAB, R | 5/14/2013 |
| 2013-M1-143435 | KASTO, S. | 8/5/2013 |

| | | |
|---|---|---|
| 2011-M1-157917 | KATSIR, R | 9/1/2011 |
| 2012-M1-176059 | KAUR, B | 12/20/2012 |
| 2013-M1-114400 | KAUR, B | 3/7/2013 |
| 2011-M1-169835 | KEATING, M | 11/1/2011 |
| 2012-M1-171494 | KEFALONITIS, D | 12/3/2012 |
| 2013-M1-122605 | KEITH, E | 4/9/2013 |
| 2011-M1-157829 | KELLEY, V | 9/1/2011 |
| 2013-M1-143260 | KELMENDI, V. | 8/2/2013 |
| 2011-M1-163166 | KEMP, D | 9/23/2011 |
| 2013-M1-105281 | KENDALL, M | 1/25/2013 |
| 2011-M1-163157 | KENNEDY, N | 9/23/2011 |
| 2011-M1-163101 | KHAN, J | 9/23/2011 |
| 2013-M1-127829 | KIES, K. | 5/7/2013 |
| 2012-M1-171107 | KIM, C | 11/30/2012 |
| 2011-M1-156935 | KIM, H | 8/26/2011 |
| 2012-M1-164401 | KIM, J | 10/26/2012 |
| 2013-M1-121660 | KINGSLEY, V | 4/4/2013 |
| 2013-M1-136368 | KISHMISH, J. | 6/19/2013 |
| 2013-M1-134350 | KNAPTON, B | 6/10/2013 |
| 2013-M1-143433 | KNIGHT, J. | 8/5/2013 |
| 2013-M1-143379 | KNIGHTS, D. | 8/5/2013 |
| 2012-M1-176052 | KNISELY, J | 12/20/2012 |
| 2011-M1-157924 | KOLENBERGER, G | 9/1/2011 |
| 2013-M1-104705 | KORT, S | 1/24/2013 |
| 2011-M1-163119 | KOSEY, K | 9/23/2011 |

| | | |
|---|---|---|
| 2011-M1-163162 | KOSILA, K | 9/23/2011 |
| 2013-M1-114405 | KOUTOUVIDES, S | 3/7/2013 |
| 2013-M1-136361 | KRASNOO, J. | 6/19/2013 |
| 2013-M1-120987 | KRASSI, I | 3/29/2013 |
| 2012-M1-171081 | LABBE, H | 11/30/2012 |
| 2011-M1-170272 | LACROY, T | 11/2/2011 |
| 2011-M1-174667 | LAKHANI, I | 11/28/2011 |
| 2013-M1-143422 | LAM, A. | 8/5/2013 |
| 2011-M1-174678 | LAMB, R | 11/28/2011 |
| 2011-M1-169867 | LAMKIN, J | 11/1/2011 |
| 2012-M1-177089 | LANE, S | 12/28/2012 |
| 2013-M1-141958 | LATHAN, L. | 7/25/2013 |
| 2011-M1-169845 | LAWLESS, E | 11/1/2011 |
| 2012-M1-171122 | LAWSON, R | 11/30/2012 |
| 2011-M1-175470 | LEAL, D | 11/30/2011 |
| 2011-M1-175437 | LEBLANC, K | 11/30/2011 |
| 2013-M1-143328 | LEBLANC, T. | 8/2/2013 |
| 2012-M1-176041 | LEBRUN, L | 12/20/2012 |
| 2011-M1-170271 | LECOUNTE, R | 11/2/2011 |
| 2011-M1-170259 | LEE, B | 11/2/2011 |
| 2012-M1-176055 | LEE, J | 12/20/2012 |
| 2011-M1-170237 | LEE, S | 11/2/2011 |
| 2011-M1-174634 | LEE, W | 11/28/2011 |
| 2011-M1-170206 | LEMONS, L | 11/2/2011 |
| 2013-M1-143261 | LEMUS, R. | 8/2/2013 |
| 2011-M1-175471 | LENOIR, R | 11/30/2011 |

| | | |
|---|---|---|
| 2011-M1-174598 | LESKOSKY, M | 11/28/2011 |
| 2011-M1-174608 | LEWELLYN, D | 11/28/2011 |
| 2013-M1-143315 | LEWIS, C. | 8/2/2013 |
| 2011-M1-170261 | LEWIS, M | 11/2/2011 |
| 2011-M1-169850 | LI, C | 11/1/2011 |
| 2011-M1-157786 | LIANG, E | 9/1/2011 |
| 2013-M1-143325 | LIBRANDI, G. | 8/2/2013 |
| 2011-M1-174607 | LINARES, E | 11/28/2011 |
| 2011-M1-156932 | LIU, S | 8/26/2011 |
| 2011-M1-169830 | LLOYD, B | 11/1/2011 |
| 2013-M1-121678 | LLOYD, T | 4/4/2013 |
| 2011-M1-157923 | LODRINI, V | 9/1/2011 |
| 2011-M1-170241 | LOEW, J | 11/2/2011 |
| 2013-M1-127810 | LOSHER, R. | 5/7/2013 |
| 2013-M1-113744 | LOUIS, E | 3/5/2013 |
| 2012-M1-171067 | LOUNSBURY, J | 11/30/2012 |
| 2011-M1-157909 | LOVE, L | 9/1/2011 |
| 2011-M1-163092 | LOVITT, K | 9/23/2011 |
| 2012-M1-171085 | LOWE, H | 11/30/2012 |
| 2011-M1-175475 | LOZA, M | 11/30/2011 |
| 2013-M1-129602 | LUDGATE, P | 5/14/2013 |
| 2011-M1-163107 | LUGO, G | 9/23/2011 |
| 2011-M1-169844 | LUKOVSKY, O | 11/1/2011 |
| 2013-M1-143387 | LUPINACCI, D. | 8/5/2013 |
| 2012-M1-171089 | LY, V | 11/30/2012 |

| | | |
|---|---|---|
| 2013-MI-143291 | LYON, D. | 8/2/2013 |
| 2013-MI-143389 | LYTLE, B. | 8/5/2013 |
| 2012-MI-164399 | MACBALE, S | 10/26/2012 |
| 2013-MI-127967 | MACIEJEWSKI, M. | 5/7/2013 |
| 2011-MI-157740 | MACK, J | 9/1/2011 |
| 2013-MI-127977 | MACON, A. | 5/7/2013 |
| 2011-MI-175450 | MAHMOOD, S | 11/30/2011 |
| 2011-MI-170277 | MAI, J | 11/2/2011 |
| 2011-MI-175443 | MAI, T | 11/30/2011 |
| 2011-MI-157833 | MAKI, S | 9/1/2011 |
| 2011-MI-163146 | MALDONADO, K | 9/23/2011 |
| 2011-MI-163150 | MALIK, I | 9/23/2011 |
| 2011-MI-157929 | MALIK, M | 9/1/2011 |
| 2012-MI-177070 | MALIK, S | 12/28/2012 |
| 2011-MI-169864 | MALLIETTE, T | 11/1/2011 |
| 2012-MI-170965 | MANDARANOS, O | 11/30/2012 |
| 2013-MI-122596 | MANDOZA, C | 4/9/2013 |
| 2013-MI-137038 | MANN, K. | 6/24/2013 |
| 2013-MI-137061 | MANNING, J. | 6/24/2013 |
| 2013-MI-127811 | MARMOLEJOS, A. | 5/7/2013 |
| 2011-MI-169859 | MAROCCO, A | 11/1/2011 |
| 2011-MI-163164 | MARSH, L | 9/23/2011 |
| 2012-MI-177096 | MARTIN, G | 12/28/2012 |
| 2013-MI-105226 | MARTINEZ, C | 1/25/2013 |
| 2011-MI-157845 | MARTINEZ, D | 9/1/2011 |

| | | |
|---|---|---|
| 2011-M1-157843 | MARTINEZ, G | 9/1/2011 |
| 2013-M1-112964 | MARTINEZ, J | 2/27/2013 |
| 2011-M1-169879 | MARTINEZ, M | 11/1/2011 |
| 2012-M1-171091 | MARTINEZ, M | 11/30/2012 |
| 2013-M1-143319 | MARTINEZ, R. | 8/2/2013 |
| 2011-M1-157844 | MARTINEZ, V | 9/1/2011 |
| 2013-M1-105268 | MASON, J | 1/25/2013 |
| 2013-M1-135473 | MASUGA, T. | 6/14/2013 |
| 2013-M1-143218 | MATIN, T. | 8/2/2013 |
| 2011-M1-174638 | MAURIELLO, M | 11/28/2011 |
| 2013-M1-143385 | MAXWELL, C. | 8/5/2013 |
| 2013-M1-136363 | MAXWELL, W. | 6/19/2013 |
| 2011-M1-170260 | MAY, M | 11/2/2011 |
| 2013-M1-143390 | MAYBERRY, T. | 8/5/2013 |
| 2012-M1-176057 | MAYBIN, T | 12/20/2012 |
| 2011-M1-163179 | MCANALLY, K | 9/23/2011 |
| 2012-M1-170871 | MCANALLY, S | 11/29/2012 |
| 2011-M1-174618 | MCCOMB, T | 11/28/2011 |
| 2013-M1-121659 | MCCOWAN, L | 4/4/2013 |
| 2011-M1-175430 | MCCRARY, C | 11/30/2011 |
| 2013-M1-114410 | MCGEE, O | 3/7/2013 |
| 2013-M1-122571 | MCGILL, D | 4/9/2013 |
| 2013-M1-127961 | MCGLAUCHLEN, W. | 5/7/2013 |
| 2012-M1-177069 | MCGOWAN, S | 12/28/2012 |
| 2013-M1-104699 | MCKELTON, J | 1/24/2013 |
| 2011-M1-175477 | MCNAIR, T | 11/30/2011 |

| | | |
|---|---|---|
| 2011-M1-157840 | MCNAT, O | 9/1/2011 |
| 2011-M1-163100 | MEDACK, C | 9/23/2011 |
| 2013-M1-129590 | MENDOZA, L | 5/14/2013 |
| 2013-M1-137062 | MERKER, R. | 6/24/2013 |
| 2013-M1-127819 | MERLO, E. | 5/7/2013 |
| 2011-M1-169839 | MIDYETTE, J | 11/1/2011 |
| 2013-M1-141770 | MIKKELSON, E. | 7/23/2013 |
| 2011-M1-163071 | MILAN, J | 9/23/2011 |
| 2011-M1-163155 | MILLER, B | 9/23/2011 |
| 2013-M1-113011 | MILLER, C | 2/27/2013 |
| 2013-M1-105224 | MILLNER, D | 1/25/2013 |
| 2013-M1-127979 | MILLS, J. | 5/7/2013 |
| 2013-M1-127833 | MINOWICZ, V. | 5/7/2013 |
| 2011-M1-163097 | MIRANDA, A | 9/23/2011 |
| 2013-M1-105227 | MISTRY, H | 1/25/2013 |
| 2011-M1-175449 | MITTAN, A | 11/30/2011 |
| 2013-M1-143285 | MIYAZAKI, T. | 8/2/2013 |
| 2011-M1-170243 | MOBLEY, B | 11/2/2011 |
| 2011-M1-174603 | MONING, J | 11/28/2011 |
| 2013-M1-127836 | MONTEMAYOR, O. | 5/7/2013 |
| 2011-M1-175472 | MOOMEY, J | 11/30/2011 |
| 2011-M1-163135 | MOONEY, T | 9/23/2011 |
| 2012-M1-170979 | MOORE, C | 11/30/2012 |
| 2013-M1-113017 | MOORE, M | 2/27/2013 |
| 2011-M1-163096 | MOORE, Q | 9/23/2011 |

| | | |
|---|---|---|
| 2013-M1-143256 | MORALES, D. | 8/2/2013 |
| 2011-M1-163132 | MORALES, G | 9/23/2011 |
| 2013-M1-143321 | MORALES, J. | 8/2/2013 |
| 2013-M1-143276 | MORENO, D. | 8/2/2013 |
| 2011-M1-174602 | MORGAN, L | 11/28/2011 |
| 2012-M1-171077 | MORGAN, R | 11/30/2012 |
| 2012-M1-176047 | MORROW, J | 12/20/2012 |
| 2011-M1-170251 | MOSER, J | 11/2/2011 |
| 2013-M1-112981 | MOSLEY, A | 2/27/2013 |
| 2013-M1-143217 | MOUA, K. | 8/2/2013 |
| 2013-M1-120988 | MOULDEN, J | 3/29/2013 |
| 2011-M1-163106 | MOUSSA, M | 9/23/2011 |
| 2013-M1-137018 | MUHAMMAD, I. | 6/24/2013 |
| 2011-M1-157944 | MULDOON, J | 9/1/2011 |
| 2011-M1-169858 | MULLENNEX, J | 11/1/2011 |
| 2011-M1-174655 | MULLINAX, J | 11/28/2011 |
| 2011-M1-170218 | MUNNS, J | 11/2/2011 |
| 2013-M1-137032 | MUSLEH, K. | 6/24/2013 |
| 2011-M1-169865 | MUSSO, T | 11/1/2011 |
| 2013-M1-127951 | MUSTAFA, J. | 5/7/2013 |
| 2011-M1-170283 | MYERS, J | 11/2/2011 |
| 2011-M1-174604 | MYERS, J | 11/28/2011 |
| 2011-M1-174662 | MYERS, J | 11/28/2011 |
| 2012-M1-171090 | NAASTARD, J | 11/30/2012 |
| 2013-M1-143271 | NAGLE, T. | 8/2/2013 |

| | | |
|---|---|---|
| 2011-M1-157848 | NALASI, J | 9/1/2011 |
| 2013-M1-105278 | NASSER, T | 1/25/2013 |
| 2011-M1-157761 | NAWDICHIK, A | 9/1/2011 |
| 2011-M1-175459 | NDUBUZIZU, W | 11/30/2011 |
| 2011-M1-174631 | NEAL, J | 11/28/2011 |
| 2013-M1-114404 | NEAL, W | 3/7/2013 |
| 2013-M1-105230 | NECH, T | 1/25/2013 |
| 2013-M1-143323 | NEDBAL, K. | 8/2/2013 |
| 2013-M1-105233 | NEIGHBORS, C | 1/25/2013 |
| 2013-M1-127825 | NEVEJANS, L. | 5/7/2013 |
| 2013-M1-112337 | NEWBERN, H | 2/26/2013 |
| 2012-M1-176015 | NEWTON, H | 12/20/2012 |
| 2013-M1-143320 | NGUYEN, B. | 8/2/2013 |
| 2011-M1-170242 | NGUYEN, M | 11/2/2011 |
| 2013-M1-137015 | NGUYEN, T. | 6/24/2013 |
| 2013-M1-127812 | NICHOLS, D. | 5/7/2013 |
| 2013-M1-121669 | NIEVES, M | 4/4/2013 |
| 2011-M1-163123 | NOLAN, S | 9/23/2011 |
| 2011-M1-175451 | NORDAN, B | 11/30/2011 |
| 2013-M1-121653 | NORFLEET, R | 4/4/2013 |
| 2011-M1-175456 | NORLEY, R | 11/30/2011 |
| 2013-M1-127968 | NORMAN, R. | 5/7/2013 |
| 2013-M1-105266 | NOSAL, S | 1/25/2013 |
| 2011-M1-156927 | NOWKA, S | 8/26/2011 |
| 2013-M1-114407 | OAKS, A | 3/7/2013 |
| 2011-M1-157741 | OLIPHANT, A | 9/1/2011 |

| | | |
|---|---|---|
| 2012-M1-170967 | OREGEL, H | 11/30/2012 |
| 2013-M1-143420 | ORNELAS, M. | 8/5/2013 |
| 2013-M1-105263 | OROZCO, G | 1/25/2013 |
| 2011-M1-174676 | OROZCO, J | 11/28/2011 |
| 2013-M1-121656 | ORTIZ, J | 4/4/2013 |
| 2011-M1-157749 | ORTOGA, T | 9/1/2011 |
| 2011-M1-163091 | OSWALT, R | 9/23/2011 |
| 2013-M1-127842 | OWENS, J. | 5/7/2013 |
| 2011-M1-174684 | PADILLA, O | 11/28/2011 |
| 2011-M1-169871 | PAGLIANO, V | 11/1/2011 |
| 2011-M1-169874 | PAGLIANO, V | 11/1/2011 |
| 2012-M1-170865 | PAN, D | 11/29/2012 |
| 2013-M1-105272 | PARHAM, D | 1/25/2013 |
| 2011-M1-174610 | PARKER, H | 11/28/2011 |
| 2013-M1-137058 | PARKER, J. | 6/24/2013 |
| 2012-M1-170972 | PARRA, M | 11/30/2012 |
| 2011-M1-163099 | PARROT, F | 9/23/2011 |
| 2013-M1-129678 | PASCHKE, K | 5/14/2013 |
| 2013-M1-143431 | PATEL, A. | 8/5/2013 |
| 2013-M1-127824 | PATEL, H. | 5/7/2013 |
| 2012-M1-176029 | PATEL, M | 12/20/2012 |
| 2013-M1-141769 | PATEL, N. | 7/23/2013 |
| 2013-M1-105264 | PATEL, R | 1/25/2013 |
| 2011-M1-174659 | PATEL, V | 11/28/2011 |
| 2013-M1-121666 | PATEL, V | 4/4/2013 |

| | | |
|---|---|---|
| 2011-M1-157758 | PATINO, R | 9/1/2011 |
| 2013-M1-143265 | PAUL, J. | 8/2/2013 |
| 2013-M1-129668 | PAUL, R | 5/14/2013 |
| 2011-M1-163149 | PAULA, A | 9/23/2011 |
| 2013-M1-114406 | PAULSON, R | 3/7/2013 |
| 2011-M1-175431 | PAWLAK, J | 11/30/2011 |
| 2011-M1-174702 | PAYNE, S | 11/28/2011 |
| 2011-M1-157825 | PEAVY, M | 9/1/2011 |
| 2012-M1-171092 | PELOSI, M | 11/30/2012 |
| 2013-M1-129677 | PEMBERTON, R | 5/14/2013 |
| 2011-M1-163144 | PENA, R | 9/23/2011 |
| 2013-M1-122569 | PENAS, J | 4/9/2013 |
| 2011-M1-163165 | PENNINGTON, R | 9/23/2011 |
| 2013-M1-127974 | PERELLE, J. | 5/7/2013 |
| 2011-M1-157748 | PEREZ, E | 9/1/2011 |
| 2011-M1-174681 | PEREZ, E | 11/28/2011 |
| 2011-M1-163176 | PEREZ, F | 9/23/2011 |
| 2013-M1-129671 | PEREZ, F | 5/14/2013 |
| 2013-M1-141959 | PEREZ, F. | 7/25/2013 |
| 2013-M1-127971 | PEREZ, J. | 5/7/2013 |
| 2013-M1-137049 | PEREZ, M. | 6/24/2013 |
| 2011-M1-157782 | PEREZ, O | 9/1/2011 |
| 2013-M1-127841 | PEREZ, P. | 5/7/2013 |
| 2013-M1-112984 | PERRY, B | 2/27/2013 |
| 2013-M1-137059 | PERSLEY, C. | 6/24/2013 |

| | | |
|---|---|---|
| 2011-M1-174691 | PETERSON, K | 11/28/2011 |
| 2011-M1-175448 | PETREN, R | 11/30/2011 |
| 2011-M1-157838 | PETTWAY, K | 9/1/2011 |
| 2011-M1-156931 | PETTY, M | 8/26/2011 |
| 2013-M1-105270 | PFEIFFER, H | 1/25/2013 |
| 2011-M1-163124 | PHAM, D | 9/23/2011 |
| 2011-M1-157854 | PHILLIP, W | 9/1/2011 |
| 2013-M1-127955 | PHILLIPAS, R. | 5/7/2013 |
| 2011-M1-157787 | PHILLIPS, L | 9/1/2011 |
| 2013-M1-137022 | PHILLIPS, M. | 6/24/2013 |
| 2011-M1-157785 | PICKNEY, L | 9/1/2011 |
| 2012-M1-171080 | PIERCY, R | 11/30/2012 |
| 2013-M1-127969 | PIETRL, P. | 5/7/2013 |
| 2011-M1-175478 | PINSON, S | 11/30/2011 |
| 2012-M1-177088 | PITCHER, J | 12/28/2012 |
| 2012-M1-171117 | PITTMAN, S | 11/30/2012 |
| 2011-M1-175439 | PLACE, R | 11/30/2011 |
| 2013-M1-143341 | POLITI, J. | 8/2/2013 |
| 2013-M1-135474 | POPAL, M. | 6/14/2013 |
| 2011-M1-170247 | PORTILLO, M | 11/2/2011 |
| 2011-M1-163094 | POTINO, M | 9/23/2011 |
| 2013-M1-113763 | POWELL, D | 3/5/2013 |
| 2013-M1-121662 | POWELL, M | 4/4/2013 |
| 2011-M1-157928 | PRATER, E | 9/1/2011 |
| 2013-M1-105256 | PRICE, C | 1/25/2013 |
| 2011-M1-175447 | PRUITT, G | 11/30/2011 |

| | | |
|---|---|---|
| 2012-M1-176030 | PUROHIT, M | 12/20/2012 |
| 2012-M1-177084 | PUTNAM, B | 12/28/2012 |
| 2013-M1-137028 | PUTNAM, D. | 6/24/2013 |
| 2013-M1-143286 | PUTNAM, D. | 8/2/2013 |
| 2013-M1-122602 | PYETRAKOV, V | 4/9/2013 |
| 2013-M1-121673 | QUEEN, B | 4/4/2013 |
| 2011-M1-157832 | QUILES, E | 9/1/2011 |
| 2012-M1-170862 | QUIROGA, J | 11/29/2012 |
| 2011-M1-174658 | RAGLAND, C | 11/28/2011 |
| 2013-M1-143247 | RAIMUNDO, F. | 8/2/2013 |
| 2011-M1-174683 | RAJPAL, H | 11/28/2011 |
| 2013-M1-143267 | RAMASRUP, O. | 8/2/2013 |
| 2013-M1-121658 | RAMIREZ, E | 4/4/2013 |
| 2013-M1-143221 | RAMZAN, N. | 8/2/2013 |
| 2011-M1-175442 | RANDLOH, L | 11/30/2011 |
| 2013-M1-137480 | RANGER, R. | 6/26/2013 |
| 2012-M1-177100 | RANNEY, S | 12/28/2012 |
| 2013-M1-129592 | RASEMUS, R | 5/14/2013 |
| 2011-M1-175427 | RATCHFORD, V | 11/30/2011 |
| 2011-M1-174703 | RATHBUN, R | 11/28/2011 |
| 2013-M1-141956 | RAULERSON, C. | 7/25/2013 |
| 2011-M1-163082 | RAUP, K | 9/23/2011 |
| 2013-M1-112983 | RAY, D | 2/27/2013 |
| 2013-M1-121654 | REDMOND, B | 4/4/2013 |
| 2013-M1-143338 | REED, J. | 8/2/2013 |

| | | |
|---|---|---|
| 2011-M1-163170 | REESE, E | 9/23/2011 |
| 2013-M1-127975 | REHMATULLA, N. | 5/7/2013 |
| 2013-M1-114389 | REIMARR, E | 3/7/2013 |
| 2011-M1-174692 | RELIFORD, J | 11/28/2011 |
| 2011-M1-174705 | REMMINGTON, B | 11/28/2011 |
| 2011-M1-174591 | RENTERIA, R | 11/28/2011 |
| 2013-M1-122594 | REPPERT, J | 4/9/2013 |
| 2013-M1-129681 | RETHSTEIN, J | 5/14/2013 |
| 2013-M1-105275 | RETZLAFF, K | 1/25/2013 |
| 2011-M1-157841 | REYES, R | 9/1/2011 |
| 2013-M1-112974 | REYNA, M | 2/27/2013 |
| 2012-M1-171106 | RHODES, J | 11/30/2012 |
| 2011-M1-170265 | RICE, S | 11/2/2011 |
| 2011-M1-175474 | RICHARDSON, L | 11/30/2011 |
| 2013-M1-143429 | RICHARDSON, M. | 8/5/2013 |
| 2013-M1-135470 | RICHARDSON, R. | 6/14/2013 |
| 2013-M1-127817 | RICKELMAN, M. | 5/7/2013 |
| 2011-M1-174694 | RICO, T | 11/28/2011 |
| 2013-M1-137046 | RIDDICK, K. | 6/24/2013 |
| 2011-M1-175432 | RIDDLE, J | 11/30/2011 |
| 2013-M1-122601 | RIESTER, W | 4/9/2013 |
| 2012-M1-171114 | RIOJAS, D | 11/30/2012 |
| 2013-M1-127960 | RITCHEY, L. | 5/7/2013 |
| 2011-M1-174615 | RITCHIE, L | 11/28/2011 |
| 2013-M1-113754 | RITTER, G | 3/5/2013 |

| | | |
|---|---|---|
| 2011-M1-163152 | RITZ, P | 9/23/2011 |
| 2011-M1-175440 | RIVERA, D | 11/30/2011 |
| 2013-M1-122606 | RIVERA, R | 4/9/2013 |
| 2013-M1-143272 | RIVERO, J. | 8/2/2013 |
| 2013-M1-105273 | RIVERS, N | 1/25/2013 |
| 2013-M1-121665 | ROBBINS, R | 4/4/2013 |
| 2011-M1-177537 | ROBERGE, P | 12/8/2011 |
| 2011-M1-175468 | ROBERTS, D | 11/30/2011 |
| 2013-M1-143297 | ROBINSON, P. | 8/2/2013 |
| 2011-M1-163102 | ROBINSON, R | 9/23/2011 |
| 2013-M1-122590 | ROBINSON, S | 4/9/2013 |
| 2013-M1-104706 | RODRIGUEZ, G | 1/24/2013 |
| 2011-M1-170250 | RODRIGUEZ, J | 11/2/2011 |
| 2013-M1-136360 | ROGERS, R. | 6/19/2013 |
| 2013-M1-129603 | ROHANI, F | 5/14/2013 |
| 2011-M1-163182 | ROJAS, C | 9/23/2011 |
| 2012-M1-170873 | ROMERO, E | 11/29/2012 |
| 2011-M1-163156 | ROSE, D | 9/23/2011 |
| 2012-M1-171072 | ROSE, M | 11/30/2012 |
| 2013-M1-143307 | ROSS, T. | 8/2/2013 |
| 2013-M1-143309 | ROSS, T. | 8/2/2013 |
| 2012-M1-170874 | ROUMAYAH, S | 11/29/2012 |
| 2013-M1-141772 | RUBEN, H. | 7/23/2013 |
| 2011-M1-174636 | RUFF, M | 11/28/2011 |
| 2012-M1-177076 | RUHL, H | 12/28/2012 |
| 2013-M1-104702 | RUSH, P | 1/24/2013 |

| | | |
|---|---|---|
| 2013-M1-104703 | RUSH, P | 1/24/2013 |
| 2013-M1-113777 | RUSSELL, P | 3/5/2013 |
| 2011-M1-174661 | SAHOTA, S | 11/28/2011 |
| 2013-M1-141957 | SAKOUFAKIS, P. | 7/25/2013 |
| 2013-M1-113753 | SALAMAH, M | 3/5/2013 |
| 2012-M1-176038 | SALAZAR, G | 12/20/2012 |
| 2013-M1-112978 | SALEH, A | 2/27/2013 |
| 2013-M1-143269 | SALEH, A. | 8/2/2013 |
| 2013-M1-113747 | SALEHI, N | 3/5/2013 |
| 2013-M1-104708 | SALIM, K | 1/24/2013 |
| 2013-M1-105261 | SAM, K | 1/25/2013 |
| 2011-M1-170267 | SAMANO, R | 11/2/2011 |
| 2011-M1-170249 | SANCHEZ, J | 11/2/2011 |
| 2013-M1-127835 | SANCHEZ, M. | 5/7/2013 |
| 2011-M1-157777 | SANCHEZ, S | 9/1/2011 |
| 2011-M1-163121 | SANDLIN, J | 9/23/2011 |
| 2013-M1-136365 | SANTA MARIA, C. | 6/19/2013 |
| 2011-M1-170264 | SANTALLA, J | 11/2/2011 |
| 2011-M1-175460 | SANTANA, L | 11/30/2011 |
| 2013-M1-129680 | SANTANGELLO, E | 5/14/2013 |
| 2011-M1-157839 | SARPY, L | 9/1/2011 |
| 2013-M1-113781 | SAUREZ, J | 3/5/2013 |
| 2012-M1-171121 | SAVOURNIN, C | 11/30/2012 |
| 2011-M1-169841 | SAYIM, M | 11/1/2011 |
| 2013-M1-105265 | SAYROJ, J | 1/25/2013 |

| | | |
|---|---|---|
| 2013-MI-105252 | SCALES, L | 1/25/2013 |
| 2011-MI-175467 | SCALICI, V | 11/30/2011 |
| 2011-MI-157830 | SCHLEIMER, D | 9/1/2011 |
| 2013-MI-129661 | SCHNEIDER, M | 5/14/2013 |
| 2013-MI-129679 | SCHNEIDER, M | 5/14/2013 |
| 2011-MI-174593 | SCHOEN, A | 11/28/2011 |
| 2012-MI-171118 | SCHOEN, A | 11/30/2012 |
| 2013-MI-143314 | SCHOLTEN, G. | 8/2/2013 |
| 2013-MI-141777 | SCHWENT, C. | 7/23/2013 |
| 2013-MI-121676 | SCULLY, P | 4/4/2013 |
| 2013-MI-143216 | SENG, C. | 8/2/2013 |
| 2013-MI-127976 | SENNETTE, M. | 5/7/2013 |
| 2012-MI-170855 | SHALBI, M | 11/29/2012 |
| 2011-MI-176145 | SHANLE, L | 12/1/2011 |
| 2013-MI-143393 | SHARAZI, A. | 8/5/2013 |
| 2013-MI-143383 | SHARP, J. | 8/5/2013 |
| 2012-MI-171087 | SHAW, S | 11/30/2012 |
| 2013-MI-129675 | SHEH, M | 5/14/2013 |
| 2013-MI-143437 | SHEPARD, J. | 8/5/2013 |
| 2011-MI-163113 | SHEPPARD, J | 9/23/2011 |
| 2012-MI-177086 | SHEPPARD, R | 12/28/2012 |
| 2013-MI-114381 | SHIN, C | 3/7/2013 |
| 2013-MI-114395 | SHIN, C | 3/7/2013 |
| 2013-MI-114409 | SHIN, C | 3/7/2013 |
| 2013-MI-114408 | SHIN, C | 3/7/2013 |

| | | |
|---|---|---|
| 2011-M1-157824 | SHIN, S | 9/1/2011 |
| 2013-M1-127827 | SHPANER, A. | 5/7/2013 |
| 2013-M1-121667 | SHRUGA, J | 4/4/2013 |
| 2011-M1-174600 | SHUFFIELD, D | 11/28/2011 |
| 2011-M1-169829 | SIGAR, J | 11/1/2011 |
| 2013-M1-136364 | SIGLER, J. | 6/19/2013 |
| 2013-M1-113756 | SILVER, S | 3/5/2013 |
| 2013-M1-143334 | SIMMONS, T. | 8/2/2013 |
| 2013-M1-137051 | SIMPSON, J. | 6/24/2013 |
| 2013-M1-141955 | SINGH, K. | 7/25/2013 |
| 2011-M1-174597 | SINGH, N | 11/28/2011 |
| 2013-M1-127950 | SINGH, P. | 5/7/2013 |
| 2011-M1-169872 | SINGH, R | 11/1/2011 |
| 2011-M1-170273 | SINGH, R | 11/2/2011 |
| 2012-M1-176017 | SINGH, R | 12/20/2012 |
| 2012-M1-171084 | SINGH, S | 11/30/2012 |
| 2012-M1-171100 | SINGH, S | 11/30/2012 |
| 2011-M1-163184 | SMALLS, F | 9/23/2011 |
| 2011-M1-169863 | SMITH, A | 11/1/2011 |
| 2011-M1-174699 | SMITH, A | 11/28/2011 |
| 2012-M1-177092 | SMITH, A | 12/28/2012 |
| 2011-M1-174592 | SMITH, D | 11/28/2011 |
| 2013-M1-143336 | SMITH, G. | 8/2/2013 |
| 2012-M1-176050 | SMITH, L | 12/20/2012 |
| 2011-M1-157849 | SMITH, M | 9/1/2011 |
| 2012-M1-177098 | SMITH, R | 12/28/2012 |

| | | |
|---|---|---|
| 2013-M1-137019 | SNIDER, M. | 6/24/2013 |
| 2011-M1-157920 | SNYDER, K | 9/1/2011 |
| 2013-M1-122573 | SOBOCIENSKI, J | 4/9/2013 |
| 2012-M1-171070 | SOLEY, A | 11/30/2012 |
| 2013-M1-135468 | SOLOMAN, G. | 6/14/2013 |
| 2011-M1-175433 | SOM, C | 11/30/2011 |
| 2013-M1-105249 | SOSA, C | 1/25/2013 |
| 2013-M1-143377 | SOTO, A. | 8/5/2013 |
| 2013-M1-136359 | SOTO, F. | 6/19/2013 |
| 2013-M1-112980 | SOUTHALL, S | 2/27/2013 |
| 2011-M1-174650 | SPIESS, R | 11/28/2011 |
| 2011-M1-163180 | STARR, M | 9/23/2011 |
| 2012-M1-176033 | STENSCRUD, J | 12/20/2012 |
| 2011-M1-157851 | STEWART, D | 9/1/2011 |
| 2011-M1-174614 | STEWART, S | 11/28/2011 |
| 2013-M1-143335 | STRAW, K. | 8/2/2013 |
| 2013-M1-114403 | STUMP, B | 3/7/2013 |
| 2013-M1-122574 | SUAREZ, I | 4/9/2013 |
| 2013-M1-127965 | SULEIMAN, O. | 5/7/2013 |
| 2013-M1-143408 | SULLIVAN, A. | 8/5/2013 |
| 2011-M1-174637 | SULLIVAN, W | 11/28/2011 |
| 2013-M1-143342 | SUNDQUIST, C. | 8/2/2013 |
| 2013-M1-122593 | SWAN, L | 4/9/2013 |
| 2011-M1-170284 | SWEENEY, M | 11/2/2011 |
| 2013-M1-137017 | SWILLEY, F. | 6/24/2013 |

| | | |
|---|---|---|
| 2013-M1-114377 | SWINEHART, S | 3/7/2013 |
| 2013-M1-121670 | TAING, M | 4/4/2013 |
| 2013-M1-105259 | TAKAPU, M | 1/25/2013 |
| 2013-M1-141779 | TANG, K. | 7/23/2013 |
| 2011-M1-175434 | TARKENTON, J | 11/30/2011 |
| 2011-M1-163173 | TARR, R | 9/23/2011 |
| 2013-M1-105257 | TATE, H | 1/25/2013 |
| 2011-M1-175454 | TAYLOR, J | 11/30/2011 |
| 2011-M1-157764 | TAYLOR, R | 9/1/2011 |
| 2011-M1-169832 | TAYLOR, V | 11/1/2011 |
| 2011-M1-163169 | TEGGE, H | 9/23/2011 |
| 2013-M1-143434 | TERLOUW, S. | 8/5/2013 |
| 2013-M1-112969 | TESSON, A | 2/27/2013 |
| 2011-M1-169842 | THAM, S | 11/1/2011 |
| 2012-M1-171109 | THOMAS, D | 11/30/2012 |
| 2012-M1-171110 | THOMAS, D | 11/30/2012 |
| 2013-M1-114402 | THOMAS, H | 3/7/2013 |
| 2013-M1-127957 | THOMAS, J. | 5/7/2013 |
| 2012-M1-170970 | THOMPSON, G | 11/30/2012 |
| 2011-M1-156934 | THOMPSON, K | 8/26/2011 |
| 2012-M1-164408 | THORNE, D | 10/26/2012 |
| 2013-M1-143333 | THORNTON, T. | 8/2/2013 |
| 2011-M1-157906 | THURMAN, M | 9/1/2011 |
| 2012-M1-171093 | TOLEDO, J | 11/30/2012 |
| 2011-M1-170286 | TOMA, D | 11/2/2011 |

| | | |
|---|---|---|
| 2013-M1-143226 | TOMA, M. | 8/2/2013 |
| 2013-M1-143436 | TOMANO, J. | 8/5/2013 |
| 2011-M1-169856 | TOMASINI, L | 11/1/2011 |
| 2013-M1-129596 | TORRES, N | 5/14/2013 |
| 2011-M1-170254 | TOWNS, R | 11/2/2011 |
| 2011-M1-163078 | TRACY, L | 9/23/2011 |
| 2013-M1-137016 | TRAN, B. | 6/24/2013 |
| 2011-M1-170255 | TRAN, L | 11/2/2011 |
| 2013-M1-129672 | TROTER, E | 5/14/2013 |
| 2013-M1-105237 | TSAL, C | 1/25/2013 |
| 2011-M1-169855 | UDDIN, M | 11/1/2011 |
| 2011-M1-157827 | URBINA, N | 9/1/2011 |
| 2013-M1-143403 | UWANAWICH, J. | 8/5/2013 |
| 2013-M1-129588 | VACCARO, M | 5/14/2013 |
| 2013-M1-104701 | VALENCIA, A | 1/24/2013 |
| 2011-M1-175469 | VALENCIA, W | 11/30/2011 |
| 2012-M1-171103 | VANDECREEK, B | 11/30/2012 |
| 2013-M1-143432 | VARELA, R. | 8/5/2013 |
| 2013-M1-142871 | VASQUEZ, M. | 7/31/2013 |
| 2013-M1-143229 | VEGA, J. | 8/2/2013 |
| 2011-M1-176147 | VELAZQUEZ, A | 12/1/2011 |
| 2013-M1-143294 | VELLA, J. | 8/2/2013 |
| 2011-M1-157933 | VENTURA, C | 9/1/2011 |
| 2013-M1-129663 | VICKERS, L | 5/14/2013 |
| 2013-M1-143304 | VIGNOLA, D. | 8/2/2013 |
| 2011-M1-169877 | VINSON, J | 11/1/2011 |

| | | |
|---|---|---|
| 2013-M1-122595 | VIRK, S | 4/9/2013 |
| 2012-M1-176036 | VISONE, T | 12/20/2012 |
| 2013-M1-143318 | VIZURRAGA, M. | 8/2/2013 |
| 2011-M1-170285 | VOLONINE, A | 11/2/2011 |
| 2011-M1-157846 | VONGSOUTHY, A | 9/1/2011 |
| 2013-M1-113797 | VONOERHEN, A | 3/5/2013 |
| 2012-M1-176019 | VOSS, V | 12/20/2012 |
| 2011-M1-174599 | VRABEL, B | 11/28/2011 |
| 2012-M1-176024 | VUJOVIC, S | 12/20/2012 |
| 2013-M1-143382 | WADE, M. | 8/5/2013 |
| 2011-M1-157743 | WALKER, A | 9/1/2011 |
| 2012-M1-171495 | WALLACE, R | 12/3/2012 |
| 2011-M1-163134 | WALLER, F | 9/23/2011 |
| 2013-M1-143274 | WALLER, S. | 8/2/2013 |
| 2012-M1-177085 | WANG, H | 12/28/2012 |
| 2012-M1-171099 | WARD, B | 11/30/2012 |
| 2013-M1-105242 | WARE, J | 1/25/2013 |
| 2013-M1-143410 | WATKINS, R. | 8/5/2013 |
| 2012-M1-176027 | WATLEINS, S | 12/20/2012 |
| 2013-M1-113785 | WATSON, D | 3/5/2013 |
| 2013-M1-143224 | WATSON, L. | 8/2/2013 |
| 2013-M1-143230 | WATSON, L. | 8/2/2013 |
| 2011-M1-156930 | WATTS, A | 8/26/2011 |
| 2011-M1-174632 | WELLS, E | 11/28/2011 |
| 2013-M1-105235 | WELLS, G | 1/25/2013 |

| | | |
|---|---|---|
| 2011-M1-156926 | WESTRAY, D | 8/26/2011 |
| 2013-M1-141776 | WHALEN, H. | 7/23/2013 |
| 2013-M1-105247 | WHITE, S | 1/25/2013 |
| 2011-M1-175436 | WHITT, C | 11/30/2011 |
| 2011-M1-156936 | WHORTON, D | 8/26/2011 |
| 2012-M1-164411 | WILKINS, K | 10/26/2012 |
| 2013-M1-105280 | WILKINSON, H | 1/25/2013 |
| 2013-M1-143299 | WILLIAMS, E. | 8/2/2013 |
| 2013-M1-112338 | WILLIAMS, J | 2/26/2013 |
| 2013-M1-136374 | WILLIAMS, L. | 6/19/2013 |
| 2011-M1-175461 | WILLIAMSON, J | 11/30/2011 |
| 2013-M1-143391 | WILLIAMSON, S. | 8/5/2013 |
| 2011-M1-175453 | WILLIFORD, D | 11/30/2011 |
| 2013-M1-143378 | WILSON, J. | 8/5/2013 |
| 2011-M1-157755 | WILSON, L | 9/1/2011 |
| 2013-M1-112972 | WILSON, R | 2/27/2013 |
| 2013-M1-127952 | WILT, J. | 5/7/2013 |
| 2011-M1-157949 | WINANS, N | 9/1/2011 |
| 2013-M1-129673 | WINFIELD, B | 5/14/2013 |
| 2013-M1-113016 | WINKLER, R | 2/27/2013 |
| 2013-M1-143329 | WOJCIECHOWSKI, S. | 8/2/2013 |
| 2013-M1-122607 | WOLK, R | 4/9/2013 |
| 2013-M1-127813 | WOMACK, N. | 5/7/2013 |
| 2012-M1-177093 | WOODLEY, D | 12/28/2012 |
| 2011-M1-163178 | WOODS, L | 9/23/2011 |

| | | |
|---|---|---|
| 2013-M1-143312 | WOODU_, D. | 8/2/2013 |
| 2013-M1-143331 | WOODY, J. | 8/2/2013 |
| 2013-M1-143388 | WORLEY, C. | 8/5/2013 |
| 2013-M1-143395 | WRIGHT, T. | 8/5/2013 |
| 2012-M1-171102 | XIE, C | 11/30/2012 |
| 2012-M1-176014 | YASEEN, A | 12/20/2012 |
| 2011-M1-175441 | YASTREMSKI, I | 11/30/2011 |
| 2011-M1-175452 | YOON, J | 11/30/2011 |
| 2012-M1-177074 | YOUNG, A | 12/28/2012 |
| 2013-M1-137027 | YUROVITSKY, Y. | 6/24/2013 |
| 2011-M1-157744 | ZANDERS, J | 9/1/2011 |
| 2013-M1-121675 | ZAYAS, S | 4/4/2013 |
| 2012-M1-177097 | ZHANG, Y | 12/28/2012 |
| 2012-M1-176056 | ZHOU, H | 12/20/2012 |
| 2013-M1-129595 | ZINN, D | 5/14/2013 |
| 2011-M1-163159 | ZUAITER, O | 9/23/2011 |

# THE BUMGARDNER LAW FIRM

Attorneys at Law
Post Office Box 1375
Gastonia, NC 28053-1375

Don H. Bumgardner, Attorney
Physical Address:
219 West Main Avenue
Gastonia, NC   28052

Thomas D. Bumgardner, Attorney
Telephone: 704/868-9293
FAX Phone: 704/868-9296

January 18,2013

Law Offices of Ari R. Madoff, P.C.
P.O. Box 64777
Chicago Ill 60664

RE: Pushpin Holding LLC Number:1317198 ; Michael B. Johnson

Gentlemen:

I will be representing Mr. Johnson in regard to the allegations contained in your letter and attachments of December 26,2012. We deny any obligation on this account. First, Mr. Johnson did not sign the guaranty agreement. I am enclosing a copy of his drivers license which shows a true signature. Secondly, the statute of limitations in this case has long run in any state of the union. Thirdly, by contract, any dispute has to be resolved by arbitration.

We demand that you immediately desist in collection activities against Mr. Johnson . Any attempt to put this disputed allegation on his credit report will be viewed as an intentional act resulting in civil action.

Any correspondence should be directed to this office.

Yours very truly,

Don H. Bumgardner

Enclosures



# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, 1ST MUNICIPAL DISTRICT

PUSHPIN HOLDINGS LLC
Plaintiff

v.

MICHAEL B JOHNSON, A/K/A MICHAEL
BLAINE JOHNSON
4029 MOUNTAINVIEW ST
GASTONIA NC 28056
Defendant

Case Number: 3 M 1    1 3 7 0 4 7

Amount Claimed: $3,310.29
plus costs & fees

Appearance Filing/Return Date:

RETURN DATE:

AUG 0 7 2013

## SMALL CLAIMS SUMMONS
(IL Sup. Ct. R. 281-288)

To Above Named Defendant:

    YOU ARE HEREBY SUMMONED and required to file your appearance by yourself or by your attorney and pay the required fee in the First Municipal District of the Circuit Court of Cook County, Illinois at Room 602 of the Richard J. Daley Center, 50 West Washington, Chicago, Illinois 60602 by the above listed return date. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

There will be a fee to file your appearance. See Notice to Defendant below.

**To Process Server:**
*This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 3 days before the day for appearance.*

**NOTICE TO DEFENDANT**
1. The case will not be heard in court on the return date specified on the summons form. When you file your appearance and pay the fee required, you will receive your court date. You must come to court on this day.

2. If you do not file an appearance and pay the required fee, a JUDGMENT BY DEFAULT may be taken against you for the relief requested in the complaint.

Any person wishing to sue or defend as an indigent must petition to have the fees, costs, and charges associated with the proceedings waived. Customers may visit www.cookcountyclerkofcourt.org to access the clerk's current filing fees or telephone the civil division at (312) 603-5116 with additional questions.

---

Law Offices of Ari R. Madoff, P.C. (Firm No # 48674)
Attorneys for Plaintiff
Mailing Address:
Post Office Box 64777
Chicago, IL 60664-0777
T: 312-379-9529   312-980-6819 (F)
PUSHPIN LSE 1317198

Witness, _____

**Dorothy Brown, Circuit Court Clerk**

Date of Service: _____
*(to be inserted by officer on copy left with Defendant or other person)*

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

**EXHIBIT D, Page 1 of 11**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## MUNICIPAL DEPARTMENT, 1ST MUNICIPAL DISTRICT

PUSHPIN HOLDINGS LLC
             Plaintiff

Case Number: **1 3 M 1   1 3 7 0 4 7**

Amount Claimed: **$3,310.29**
plus costs & fees

v.

MICHAEL B JOHNSON, A/K/A MICHAEL
BLAINE JOHNSON
4029 MOUNTAINVIEW ST
GASTONIA NC 28056
             Defendant

Appearance Filing/Return Date:

RETURN DATE:

### SMALL CLAIMS SUMMONS
(IL Sup. Ct. R. 281-288)

AUG 0 7 2013

To Above Named Defendant:

YOU ARE HEREBY SUMMONED and required to file your appearance by yourself or by your attorney and pay the required fee in the First Municipal District of the Circuit Court of Cook County, Illinois at Room 602 of the Richard J. Daley Center, 50 West Washington, Chicago, Illinois 60602 by the above listed return date. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

There will be a fee to file your appearance. See Notice to Defendant below.

**To Process Server:**
*This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 3 days before the day for appearance.*

**NOTICE TO DEFENDANT**
1.  The case will not be heard in court on the return date specified on the summons form. When you file your appearance and pay the fee required, you will receive your court date. You must come to court on this day.

2.  If you do not file an appearance and pay the required fee, a JUDGMENT BY DEFAULT may be taken against you for the relief requested in the complaint.

Any person wishing to sue or defend as an indigent must petition to have the fees, costs, and charges associated with the proceedings waived. Customers may visit www.cookcountyclerkofcourt.org to access the clerk's current fees/fees or telephone the civil division at (312) 603-5116 with additional questions.

| | |
|---|---|
| Law Offices of Ari R. Madoff, P.C. (Firm No # 48674) | Witness, _____ |
| Attorneys for Plaintiff | |
| Mailing Address: | **Dorothy Brown, Circuit Court Clerk** |
| Post Office Box 64777 | |
| Chicago, IL 60664-0777 | Date of Service: _____ |
| T: 312-379-9529  312-980-6819 (F) | *(to be inserted by officer on copy left with* |
| PUSHPIN LSE 1317198 | *Defendant or other person)* |

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

## EXHIBIT D, Page 2 of 11

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, 1ST MUNICIPAL DISTRICT

PUSHPIN HOLDINGS LLC

        Plaintiff

v.

MICHAEL B JOHNSON, A/K/A MICHAEL
BLAINE JOHNSON
Defendant

Case Number: **13 M 1    137 047**

Amount Claimed: **$3,310.29** plus costs & fees

## VERIFIED COMPLAINT

NOW COMES Plaintiff PUSHPIN HOLDINGS LLC ("PUSHPIN" or "Plaintiff"), by and through its

Attorneys LAW OFFICES OF ARI R. MADOFF, P.C., and for its Complaint against Defendant MICHAEL B

JOHNSON, A/K/A MICHAEL BLAINE JOHNSON ("Defendant") alleges as follows:

### PARTIES, VENUE AND JURISDICTION

1. Plaintiff is a Delaware limited liability company.

2. Upon information and belief, Defendant is an individual residing in GASTONIA, NC and is party to

present action pursuant to a Personal Guaranty executed by Defendant. Jurisdiction and Venue is appropriate as

present action arises pursuant to a Personal Guaranty agreement executed by Defendant as Guarantor. The Personal

Guaranty contains Defendant's express consent to the jurisdiction and venue of this Court for claims arising under

the Personal Guaranty. (See Personal Guaranty of Defendant, Exhibit A, p. 1).

### ALLEGATIONS COMMON TO ALL COUNTS

3. In the course of its business, Plaintiff purchased and acquired the rights, title and interest to executed

equipment finance agreements for leasing of commercial electronic point-of-sale equipment ("equipment") to

merchants selecting such equipment from a third-party equipment vendor or supplier.

4. Pursuant to the regular course of business described above, Plaintiff, for good and valuable consideration,

acquired by assignment all rights, title and interest of the Original Lessor or its assignee to a commercial equipment

finance lease agreement ("Agreement") and accompanying Personal Guaranty Agreement between Lessor and SE

UNDERGROUND UTILITIES CONTRACT INC ("Lessee"), original Contract No. 0880531060000 assigned No.