# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Michael B. Johnson | ) | |
| Plaintiff(s) | ) | Case No. 13 C 7468 |
| | ) | |
| v. | ) | |
| Pushpin Holdings, LLC, et. al. | ) | |
| Defendant(s) | | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
        and against defendant(s)
        in the amount of $    ,

        which ☐ includes $    pre–judgment interest.

        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
        and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒     other: Plaintiff's motion to remand to the Circuit Court of Cook County is granted.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.

☐ tried by Judge    without a jury and the above decision was reached.

☒ decided by Judge Charles P. Kocoras on a motion to remand.


Date:  2/21/2014                        Thomas G. Bruton, Clerk of Court

                                          /s/ Yolanda Pagan, Deputy Clerk