# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael B. Johnson

                                Plaintiff,

v.                                                  Case No.: 1:13–cv–07468
                                                          Honorable Charles P. Kocoras

Pushpin Holdings, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2014:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held on 4/24/2014 regarding Plaintiff's motion for discovery (Limited). Plaintiff's motion for discovery (Limited) on the Remaining Remand Issues, with Incorporated Memorandum of Law (Doc. No. [30]) is granted as to interrogatory no. 1 only and denied as to interrogatory no. 2 and 3. Plaintiff's oral motion to strike is denied as unnecessary. Plaintiff's oral motion for leave to file supplemental memorandum is granted. Status hearing continued to 6/5/2014 at 9:30 a.m. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.