UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Michael B. Johnson
                        Plaintiff,

v.                                                 Case No.: 1:13−cv−07468
                                                          Honorable Charles P. Kocoras

Pushpin Holdings, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2014:

      MINUTE entry before the Honorable Charles P. Kocoras: Status and motion hearing held on 6/5/2014. Plaintiff's motion to take deposition of Designated Corporate Representative of Pushpin Holdings, LLC Short Deposition by Telephone (Doc. No. [39]) is entered and continued to 6/12/2014 at 9:30 a.m. Counsel to contact Yolanda Pagan at 312−435−5689 is all matters are resolved prior to 6/12/2014. Plaintiff's motion to Hear Motion for Leave to Take a Short Deposition by Telephone on Remaining Remand Issues (Doc. No. [40]) is denied as moot. Plaintiff's supplemental notice of remand with memorandum due by 7/3/2014. Answer due by 7/24/2014. Court will rule by mail. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.