IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL B. JOHNSON, on behalf of himself and on behalf of those similarly situated.<br><br>    Plaintiffs,<br><br>vs.<br><br>PUSHPIN HOLDINGS, LLC, JAY COHEN, LEONARD MEZEI, ARI R. MADOFF, ALISHA ROSS, LOUISA TATBAK, SHAUN REDWOOD, GCN HOLDING, LLC, and CIT FINANCIAL USA, INC.,<br><br>    Defendants. | Case No. 2013-cv-7468 (CPK) (YPK)<br><br>Honorable Judge Charles P. Kocoras<br><br>Magistrate Judge Young B. Kim |

### AFFIDAVIT OF DAVID M. DUREE

STATE OF ILLINOIS    )
                             ) SS
COUNTY OF ST. CLAIR  )

David M. Duree, being duly sworn upon his oath, deposes and states:

1.     I am the attorney for the Plaintiff.

2.     At the time of removal, October 17, 2013, the Plaintiff had incurred or attorney fees and litigation expenses which totaled $33,311.66.

3.     Attached hereto as Exhibit A are the sworn Interrogatory Answers of Pushpin Holdings, LLC stating, on p. 3, that Pushpin Holdings, LLC had recovered $355,407.62, as of October 17, 2013, from the 1,300 Defendants in the small claims cases that had been filed by that date. Page 4 of Exhibit A was blank when received by the undersigned.

_____
DAVID M. DUREE

Subscribed and sworn to before me this 25th day of June, 2014.

_____
NOTARY PUBLIC

My Commission Expires:

4-18-2018

"OFFICIAL SEAL"
DEBORA M HODSKINS
Notary Public, State of Illinois
My Commission Expires 4/18/2018

Page 2 of 2

Case No. 2013-cv-7468