Michael B. Johnson
                                  Plaintiff,

v.                                                                          Case No.: 1:13–cv–07468
                                                                         Honorable Charles P. Kocoras

Pushpin Holdings, LLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2014:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held on 8/14/2014. Defendants' motion to dismiss with supporting memoranda due by 10/2/2014. Responses due by 10/23/2014. In Court ruling before Honorable Charles P. Kocoras set for 11/13/2014 at 09:30 AM. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.