# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Michael B. Johnson,

Plaintiff(s),

v.

PUSHPIN HOLDINGS, LLC, JAY COHEN, LEONARD MEZEI, ARI MADOFF, ALISHA ROSS, LOUISA TATBAK, SHAUN REDWOOD, GCN HOLDINGS, LLC, and CIT FINANCIAL USA, INC., ,

Defendant(s).

Case No. 13 cv 7468
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: This is a final and appealable judgment dismissing with prejudice all Counts of the plaintiffs' Second Amended Class Action Complaint [73] pursuant to Fed. R. Civ. P. 12(b)(6) for failure to allege a cause of action for which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.

☒ decided by Judge Charles P. Kocoras on a motion to dismiss by Defendants Pushpin Holdings, LLC; Jay Cohen; Leonard Mezei; Ari R. Madoff; Alisha Ross; Louisa Tatbak; Shaun Redwood; GCN Holding, LLC; and CIT Financial, USA, Inc. [89].

Date: 8/18/2015            Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk