**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL B. JOHNSON, ) | |
| COLLEEN KITCHENS, ) | |
| ALICIA HOLTON, ) | Case No. 2013-CV-7468 |
| STEPHEN GARCIA-AGOSTO, ) | |
| ROBERT ROTELLA, SR., ) | |
| ROBERT MARSH a/k/a ) | Honorable Judge Charles P. Kocoras |
| BOBBY MARSH, ) | |
| KRYSTYN A. WEIN a/k/a ) | Magistrate Judge Young B. Kim |
| KRYSTYN A. EVANS, ) | |
| ROBIN KRIER, ) | |
| STEVEN MCANALLY a/k/a ) | |
| STEVE MCANALLY, ) | |
| ERIC RINKOFF and ) | |
| JOSEPH FRED GARCIA ) | |
| on behalf of themselves, and on ) | |
| behalf of and as representative of ) | |
| those who are similarly situated. ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PUSHPIN HOLDINGS, LLC, JAY ) | |
| COHEN, LEONARD MEZEI, ARI R. ) | |
| MADOFF, ALISHA RIOS, LOUISA ) | |
| TATBAK a/k/a LOUISA FERRERA, ) | |
| GCN HOLDING, LLC, and ) | |
| SHAUN REDWOOD, ) | |
| CIT FINANCIAL USA, INC., ) | |
| ) | |
|     Defendants. ) | |

## **NOTICE OF APPEAL**

Plaintiffs, Michael Johnson, Colleen Kitchens, Alicia Holton, Stephen Garcia-Agosto, Robert Rotella, Sr., Robert Marsh a/k/a Bobby Marsh, Krystyn A. Wein a/k/a Krystyn A. Evans, Robin Krier, Steven McAnally a/k/a Steve McAnally, Eric Rinkoff and Joseph Fred Garcia, on behalf of themselves and on

Case No. 2013-CV-7468

behalf of those similarly situated, appeal the Order and Memorandum Opinion of August 13, 2014 denying Plaintiffs' Motion to Remand, and the Memorandum Opinion and Order of March 23, 2015, granting the Motion to Dismiss the Second Amended Complaint under Fed.R.Civ.P. 12(b)(6), and that part of the Memorandum Opinion and Order of August 6, 2015, which denied Plaintiffs' Motion for Reconsideration and to Alter and/or Amend the Judgment and Dismissal Order under Fed.R.Civ.P. 59(a) and (e) and 52(b), and the Judgment entered on August 18, 2015, to the United States Court of Appeals for the Seventh Circuit.

Plaintiffs request that the Order denying the Motion to Remand to the Circuit Court of Cook County, Illinois be reversed; this case be remanded to the State Court and that the Order and Judgment dismissing the Second Amended Complaint be vacated for lack of subject matter jurisdiction.

Plaintiffs also request, in the event that the Court of Appeals does not order the case remanded to the State Court, that the Judgment and the Orders dismissing the Second Amended Complaint under Fed.R.Civ.P. 12(b)(6), and denying Plaintiffs' Motion to Alter or Amend the Judgment under Fed.R.Civ.P. 59(a) and (e) and 52(b), be reversed, and that this case be remanded to the District Court with instructions to hear it on the merits.

        Respectfully submitted,

        /s/ David M. Duree
        David M. Duree, ARDC 0697087
        David M. Duree & Associates, P.C.
        312 South Lincoln Avenue
        P.O. Box 1416
        O'Fallon, IL 62269
        Tel: 618-628-0186
        Fax: 618-628-0259
        Email: law@dmduree.net

*Attorney for Plaintiffs, Michael B. Johnson, Colleen Kitchens, Alicia Holton, Stephen Garcia-Agosto, Robert Rotella, Sr., Robert Marsh a/k/a Bobby Marsh, Krystyn A. Wein a/k/a Krystyn A. Evans, Robin Krier, Steven McAnally a/k/a Steve McAnally, Eric Rinkoff*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 19, 2015, he electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record, addressed as follows:

jhirsh@lplegal.com
celutz@lplegal.com
Mr. Jason B. Hirsh
Ms. Christina E. Lutz
Levenfield Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602

ssilberfein@mosessinger.com
Mr. Scott E. Silberfein
Moses & Singer, LLP
405 Lexington Avenue
New York, NY 10174-1299
*Counsel for the Defendants*

stacy@caclawyers.com
Ms. Stacy Bardo
The Consumer Advocacy Center, PC
180 West Washington
Suite 700
Chicago, IL 60602
*Local Counsel for Plaintiffs*

          /s/ David M. Duree
          David M. Duree, ARDC 0697087
          David M. Duree & Associates, P.C.
          *Counsel for Plaintiffs*