# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

May 6, 2016

Before:  DIANE P. WOOD, Chief Judge
RICHARD A. POSNER, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge

| No. 15-2771 | MICHAEL B. JOHNSON, et al., on behalf of themselves and all others similarly situated,<br> Plaintiffs - Appellants<br><br>v.<br><br>PUSHPIN HOLDINGS, LLC, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-07468<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

  form name: **c7_FinalJudgment**(form ID: **132**)